UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                      Case No. 1:20−cr−130

   v.                                  Hon. Hala Y. Jarbou

DEMARIO OCTAVIOUS MORGAN,

       Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been **rescheduled** as set forth below:

| | |
|---|---|
| Type of hearing(s): | Sentencing |
| Date/Time: | February 8, 2022   02:00 PM<br>*(previously set for February 8, 2022, at 10:00 AM*) |
| District Judge: | Hala Y. Jarbou |
| Place/Location: | 128 Federal Building, Lansing, MI |

*Change in time only.*

                                              HALA Y. JARBOU
                                              United States District Judge

Dated:  February 2, 2022        By:   /s/ A. Seymore_____
                                                  Case Manager